1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JAMES UZOSIKE, an individual, ) | Case No. 2:15-CV-03300 JAK-AGR |
|      Plaintiff, ) | **ORDER GRANTING JOINT STIPULATION: (1) ALLOWING THE FILING OF THE FIRST AMENDED COMPLAINT; AND (2) REQUESTING THAT THIS CASE BE REMANDED TO STATE COURT** |
|     vs. ) | |
| CONAGRA FOODS, INC., a Delaware ) corporation; RALCORP HOLDINGS, ) INC., a Missouri corporation; ) RODRIGO "PELON" RODRIGUEZ; ) and individual; JUAN SANDERS; and ) DOES 1 through 50, ) | |
| | **<mark>JS-6</mark>** |
|     Defendants. ) | **Honorable John A. Kronstadt** |

18
19
20
21
22
23
24
25
26
27
28

Martinez Charles LLP
Pasadena

1

SLC-7582153-1

## <u>ORDER</u>

Based on the stipulation of the parties, Plaintiff may file his First Amended Complaint, a copy of which has been filed as of the date of this Order and made available on the docket as a separate entry.  Defendants waive notice of service of the First Amended Complaint; Defendant shall not be required to file an answer thereto; and all denials, responses and affirmative defenses contained in the answer filed by Defendants to the original complaint shall be deemed responsive to the First Amended Complaint.

In light of the fact that there are no federal claims and diversity jurisdiction does not exist, this action is hereby REMANDED to The Los Angeles Superior Court, 111 N. Hill Street, Los Angeles, CA 90024 (Case No. BC575409).

IT IS SO ORDERED.

Dated: June 5, 2015

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE